

No. 13–0531/AF. U.S. v. Matthew B. Albright. CCA 37961. Appellee's motion for leave to file a general opposition out of time is denied.

No. 13–0536/AR. U.S. v. Jacob D. Moon. CCA 20120112. On further consideration of the above-captioned case and this Court's Order dated 10 July, 2013, it is ordered that briefs will be filed under Rule 25.

No. 13–0595/AF. U.S. v. Phillip T. Burleigh. CCA 37652.

On consideration of appellate defense counsel's second motion for leave to withdraw, appellee's answer to the show cause order, and Appellant's August 5, 2013 letter requesting to defend himself, it appears the Appellant no longer desires representation by any Air Force counsel and wishes to represent himself. However, we note that in the second withdrawal motion, appellate defense counsel merely states that he has "substantially" complied with—rather than "fully" complied with—our order of August 2, 2013. Moreover, appellate defense counsel does not make any declaration, or provide us with other evidence, demonstrating that Appellant has been specifically and sufficiently advised of (1) his right to appellate review; (2) the effect of permitting the withdrawal of appellate defense counsel and declining any other legal representation; and (3) the effect of proceeding pro se. Further, appellate defense counsel does not make any declaration, or provide us with other evidence, demonstrating that Appellant understands these issues and nonetheless voluntarily agrees to release his appellate defense counsel and proceed pro se, and that Appellant understands this decision cannot be revoked.

Accordingly, it is ordered that action on the second motion to withdraw will be deferred pending receipt of information or documentation verifying that the afore-mentioned advice has been provided to the Appellant, and that, understanding this advice he still wishes to proceed pro se. Appellate defense counsel has 30 days from the date of this order to provide such information or documentation, or to provide an

explanation as to why this order cannot be fully complied with, and the supplement filed by Captain James on September 3, 2013, will not be considered unless Appellant specifically consents to its consideration.

No. 14–0009/AR. U.S. v. Jesus Gutierrez, Jr. CCA 20120104. Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 14–0134/AR. U.S. v. Brett M. Gaskill. CCA 20110028. Appellee's motion to file a ten-day answer letter out of time is denied.

No. 14–0275/AR. U.S. v. Emanuel R. Waters. CCA 20111073. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 9, 2014.

No. 14–0277/MC. U.S. v. Ronald Murphy. CCA 201300100. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 9, 2014.

No. 14–0282/MC. U.S. v. Nathan G. Symanksy. CCA 201300123. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

No. 14–0283/AF. U.S. v. Justin M. Piolunek. CCA 38099. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

Thursday, December 26, 2013

No. 13–0442/MC. U.S. v. Charles C. Hornback. CCA 201200241. Appellee's motion to correct errata is granted.

No. 13–0487/AF. U.S. v. Marquis W. Knight. CCA 38083. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

No. 14–0225/AR. U.S. v. Anthony D. McGeathey. CCA 20110990. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 10, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*